UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOHNATHAN ROCKEY,

    Petitioner,                                         Case No. 3:21-cv-26

vs.

WARDEN, LEBANON CORRECTIONAL
INSTITUTION,                               District Judge Michael J. Newman
                                                           Magistrate Judge Michael R. Merz

    Respondent.

---

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 2) WITHOUT OBJECTION; (2) DISMISSING PETITIONER'S PETITION WITH PREJUDICE; (3) DENYING A CERTIFICATE OF APPEALABILITY; (4) CERTIFYING THAT ANY APPEAL WOULD BE OBJECTIVELY FRIVOLOUS AND FINDING THAT *IN FORMA PAUPERIS* STATUS SHOULD BE DENIED ON APPEAL; AND (5) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This civil case is before the Court on the Report and Recommendation (doc. 2) issued by United States Magistrate Judge Michael R. Merz, to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby: (1) **ADOPTS** the Report and Recommendation (doc. 2) in its entirety; (2) **DISMISSES** that Petitioner's petition (doc. 1) **WITH PREJUDICE**; (3) **DENIES** Petitioner a certificate of appealability; (4) **CERTIFIES** that any appeal would be objectively frivolous and that Petitioner should be denied *in forma pauperis* on appeal; and (5) **TERMINATES** this case on the Court's docket.

    **IT IS SO ORDERED.**

Date:   February 11, 2021                            s/ Michael J. Newman
                                                                              Michael J. Newman
                                                                              United States District Judge